

Tuesday, March 10, 2015

No. 15–0347/MC. U.S. v. Christopher A. Quick. CCA 201300341. On consideration of the motion to substitute a corrected joint appendix, it is ordered that said motion is hereby granted.

No. 15–0371/NA. U.S. v. Kevin C. Corcoran. CCA 201400074. On consideration of Appellant's second motion to extend time to file the supplement to the petition for grant of review, it is ordered that said motion is hereby granted to March 30, 2015.